*Friday, April 5, 1996*

## MOTION DOCKET

90–291. State v. Durr. *Cuyahoga County*, No. 57140. On July 15, 1992, this court stayed the execution of sentence in this cause pending exhaustion of state post-conviction remedies. It appearing to the court that all matters have been disposed of in case No. 90–291, appellant's direct appeal of his conviction; case No. 94–1820, appellant's appeal from his application for delayed reconsideration in the court of appeals; and case No. 94–2170, appellant's post-conviction appeal,

IT IS ORDERED by the court, *sua sponte*, that the stay of execution entered in this cause on July 15, 1992, be and is hereby revoked, effective April 4, 1996.

IT IS HEREBY ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or in his absence, by the Deputy Warden on Wednesday, the 3rd day of July, 1996, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Cuyahoga County.

96–725. State v. Thomas. *Summit County*, No. 17451. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for appeal bond and stay,

IT IS ORDERED by the court that the motion for appeal bond and stay be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

95–1371. Natanski v. Prudential Property. *Summit County*, No. 17020. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

96–338. Amplicon Financial v. Tracy. Board of Tax Appeals, No. 95–P–216. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

96–556. Oates v. Ohio State Hwy. Patrol. *Franklin County*, No. 95API08–1082. This cause is pending before the court as a discretionary appeal. On March 11, 1996, when the appeal was filed, a check in the amount of $40 was submitted by counsel for appellant to satisfy the requirement of the docket fee imposed by R.C. 2503.17 and S.Ct.Prac.R. XV(1). This court has been informed by the Office of the Treasurer of the state of Ohio that the check was returned from National City Bank because of nonsufficient funds. Whereas R.C. 2503.17 and S.Ct.Prac.R. XV(1) require that the docket fee shall be paid before a notice of appeal is filed or a case is docketed,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.